IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| GEORGE PETERS AND DEBRA PETERS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 05-845-CV-W-JTM ) |
| MERCK & CO., INC., | ) ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Defendant Merck & Co., Inc.'s ("Merck") Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (#3). Having considered Defendant Merck's Motion and for good cause shown, the Court hereby GRANTS said Motion and orders that this case shall be stayed in its entirety pending a decision by the Judicial Panel on Multidistrict Litigation regarding transfer of this case to the MDL proceeding that has been established in the Eastern District of Louisiana

          */s/ John T. Maughmer*
          **John T. Maughmer**
          **Chief United States Magistrate Judge**